NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TOMMIE LEE FREEMAN, III,            )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No. 2D16-3220
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J.Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and CRENSHAW, JJ., Concur.